COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:  Antonio Bravo v. The State of Texas

Appellate case number:  01-13-00899-CR

Trial court case number:  1375810

Trial court:  183rd District Court of Harris County

This case was abated and remanded to the trial court based on counsel Kelly Smith's failure to timely file a brief on appellant's behalf. On June 24, 2014, counsel filed a brief on appellant's behalf. Accordingly, we REINSTATE this case on the Court's active docket.

Appellee's brief, if any, is ORDERED to be filed within 30 days of the date of this order. *See* TEX. R. APP. P. 38.6(b).

It is so ORDERED.


Judge's signature: /s/ Laura C. Higley
    ☒ Acting individually    ☐ Acting for the Court

Date: July 17, 2014